THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Case No.: 22-cr-145 (JDB) |
| **WILLIE HILL** | : | |

## MOTION TO WITHDRAW AS COUNSEL

Ned Smock, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case. In support of this request, undersigned counsel states that Mr. Hill retained private counsel, Marnitta L. King, who filed a Notice of Appearance earlier this week. (ECF No. 8).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Ned Smock
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500